IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ERIC ARCHIE, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 12-046-CG-M |
| FRANK COCKRELL BODY SHOP, INC., | ) |
| Defendants. | ) |

# JUDGMENT

In accordance with the court's order entered this date, granting defendant's motion for summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of defendant, Frank Cockrell Body Shop, Inc., and against plaintiff, Eric Archie. Accordingly, all of plaintiff's claims against said defendant are hereby **DISMISSED with prejudice**. Costs are to be taxed against the plaintiff.

**DONE and ORDERED** this 9th day of August, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE